U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
❦AO9 RECEIVED Criminal Complaint

APR 0 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____
       DEPUTY

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____LOUISIANA_____

UNITED STATES OF AMERICA
V.
**Richard Lee McNAIR**
D.O.B. 12/09/1958 USM# 13829-045 W/M
United States Penitentiary Pollock, Louisiana

**CRIMINAL COMPLAINT**

Case Number: 06 MG 1049

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about ___April 05, 2006___ in ___Grant Parish___ county, in the ___Western___ District of ___Louisiana___ defendant(s) did, (Track Statutory Language of Offense)

Richard Lee McNAIR escaped from the custody of the Attorney General, and his authorized representative, or from any institution or facility in which he is confined by direction of the Attorney General, and from any custody under or virtue of any process issued under the laws of the United States. That facility being the United States Penitentairy at Pollock, Louisiana, a maximum security United States Bureau of Prisons facility.

in violation of Title ___18___ United States Code, Section(s) ___751___.

I further state that I am a(n) ___Deputy United States Marshal___ and that this complaint is based on the
                                                  Official Title
following facts:

On the morning (unknown time) of April 05, 2006, between the hours of 09:00 A.M. and 12:00 noon, Richard Lee McNAIR secreted himself inside a custom built false compartment of what appeared to be a crate of UNICOR contract postal bags and was transported to an outside non-secure warehouse. Richard Lee McNAIR then exited the compartment and was later positively identified in the Ball, LA area approximately 8 miles from the U.S.P. Pollock facility. McNAIR was serving a life +3 years sentence for murder, burglary, theft, and previous escape(s) / attempted escape(s).

Continued on the attached sheet and made a part hereof:    X  Yes      ☐ No

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

___April 6, 2006___                                      at    ___Alexandria, Louisiana___
Date                                                                         City and State

_____                         _____
Dee D. DRELL, United States District Judge                   Signature of Judicial Officer
Name and Title of Judicial Officer