I, Glenn Edward Belgard, under penalty of perjury, declare and state:

I am a deputy United States marshal and have been so employed for approximately eight (8) years. I am currently assigned to the Western District of Louisiana, Alexandria Division of the United States Marshals Service, and as such, I am charged with investigating violations of federal law including statutes regarding escape(s) from United States Bureau of Prisons facilities.

I further state that based upon the information set forth, hereinafter, that there is probable cause to believe that the violation of Title 18 United States Code 751, Escape; has occurred.

On or about October 09, 1992, Richard Lee McNAIR was was serving a life + sentence on North Dakota State charges of murder, criminal attempt and burglary at which time he escaped from the North Dakota State Penitentiary.

On or about 09/17/2001, subsequent to his arrest/recovery Richard Lee McNAIR was placed in the custody of the United States Attorney General in a U.S. Bureau of Prisons facility.

On September 12, 2005, Richard Lee McNAIR was transferred to the United States Penitentiary in Pollock, Louisiana.

On April 05, 2006, through investigative efforts, the following facts were ascertained:

On the morning (unknown time) of April 05, 2006, between the hours of 09:00 A.M. and 12:00 noon, Richard Lee McNAIR while incarcerated in the United States Penitentiary in Pollock, Louisiana, secreted himself inside a custom built false compartment of what appeared to be a crate of UNICOR contract postal bags and was transported to an outside non-secure warehouse. Richard Lee McNAIR then exited the compartment and was later positively identified in the Ball, LA area approximately 8 miles from the U.S.P. Pollock facility. Richard Lee McNAIR was serving a life +3 years sentence for murder, criminal attempt, burglary and previous escape(s) / attempted escape(s).

In view of the above, I believe that probable cause for the issuance of an arrest warrant exists for the violation of Title 18, United States Code 751.

GLENN E. BELGARD
CI / Deputy United States Marshal